Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-403-430**

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Retro Liquid Swirl Abstract Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 14, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-434-305**

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
February 26, 2025

---

## Title

**Title of Work:** Midcentury Modern Piquet Abstract Minimalist Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 08, 2021
**Nation of 1st Publication:** United States

## Author

**●  Author:** Julie Stiebritz
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Limitation of copyright claim

**Previous registration and year:** VAu 1-456-441, 2021

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-403-455**

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Modern Retro Liquid Swirl Abstract Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 04, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Julie Stiebritz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Julie Stiebritz |
| | 409 Vista Roma, Newport Beach, CA, 92660, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Julie Stiebritz |
| **Email:** | barmazel@mac.com |
| **Telephone:** | (949)640-4105 |
| **Address:** | 409 Vista Roma |
| | Newport Beach, CA 92660 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 02, 2024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-461

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** New Groove Retro Abstract Liquid Swirl Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 02, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-433

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title
        **Title of Work:** Palm Springs Midcentury Modern Abstract Pattern

## Completion/Publication
        **Year of Completion:** 2020
        **Date of 1st Publication:** March 01, 2020
        **Nation of 1st Publication:** United States

## Author
        •   **Author:** Julie Stiebritz
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant
        **Copyright Claimant:** Julie Stiebritz
        409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions
        **Name:** Julie Stiebritz
        **Email:** barmazel@mac.com
        **Telephone:** (949)640-4105
        **Address:** 409 Vista Roma
        Newport Beach, CA 92660 United States

## Certification
        **Name:** David Denholm
        **Date:** April 02, 2024



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-459

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Soft Curves Retro Modern Abstract Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 07, 2021
**Nation of 1st Publication:** United States

## Author

**Author:** Julie Stiebritz
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-403-429

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title
**Title of Work:** Retro Fantasy Swirl Abstract Pattern

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** November 30, 2021
**Nation of 1st Publication:** United States

## Author
- **Author:** Julie Stiebritz
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions
**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification
**Name:** David Denholm
**Date:** April 02, 2024

